IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. JONES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-5544 |
| | : | |
| JEFFERY A. BEARD, et. al. | : | |

**ORDER**

AND NOW, this 15th day of August, 2011, it is ORDERED Plaintiff Shawn T. Jones's Amended Complaint (Document 10) is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915A.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.